IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 6:25cr1074 |
| | ) | 18 U.S.C. § 751(a) |
| vs. | ) | |
| | ) | |
| GARY TAYLOR SMITH | ) | **INDICTMENT** |

**THE GRAND JURY CHARGES**:

That on or about July 22, 2025, in the District of South Carolina, the Defendant, **GARY TAYLOR SMITH**, did knowingly escape from the custody of The Alston Wilkes Society, a contracted Residential Re-Entry Facility of the Federal Bureau of Prisons and an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of Georgia for the conviction of the felony crime of arson under 18 U.S.C. § 844(i), in Case No. 4:21-cr-00094;

In violation of Title 18, United States Code, Section 751(a).

SEP 10 2025 AM 11:12
RCV'D - USDC G'VILLE SC

1

A __TRUE__ Bill

███████████████

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: *[signature]*
Winston I. Marosek (Fed. ID 13189)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, South Carolina 29601
Tel: 864-282-2100
Fax: 864-233-3158
Email: Winston.Marosek@usdoj.gov

2